### PRALL et al. v. HARPER.

(Court of Appeals of District of Columbia. Submitted March 9, 1922. Decided June 5, 1922.)

No. 3707.

Appeal from the Supreme Court of the District of Columbia.

Suit by Elizabeth C. Prall against Jennie M. Prall and others for partition. From an order appointing Albert Harper as receiver to take possession of the property, defendants appeal. Reversed and remanded.

Emma P. Knorr, of Washington, D. C., for appellants.

Albert Harper, George W. Offutt, Jr., and Charles V. Imlay, all of Washington, D. C., for appellee.

VAN ORSDEL, Associate Justice. This appeal is from an order of the Supreme Court of the District of Columbia, appointing a receiver to take possession of the property belonging to the Prall estate.

This is a companion case to No. 3706, this day decided. The judgment entered herein is embraced in the general order made in Lavagnino v. Prall et al., —— App. D. C. ——, 281 Fed. 581, granting the petition for review, and vacating all orders and decrees made in the original case, equity cause No. 24579.

The judgment is·reversed, with costs, and the cause is remanded for further proceedings not inconsistent with the opinion of this court.